UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY THEODORE SHELDON,<br>　　　　　Plaintiff,<br>　v.<br>A. MAHMOOD, et al.,<br>　　　　　Defendants. | Case No. 23-cv-04019-AMO (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

　　　　On August 4, 2023, plaintiff, a state prisoner, filed a *pro se* prisoner complaint under 42 U.S.C. § 1983 and a prisoner's *in forma pauperis* ("IFP") application in the Eastern District of California. Dkts. 1, 2. On August 8, 2023, this case was transferred to this district. Dkts. 3, 4.

　　　　On August 9, 2023, the Clerk of the Court sent a notice to plaintiff, informing him that his action could not go forward because he had not filed his IFP application on the proper form. Dkt. 5. The Clerk provided him with a blank IFP application form, along with a return envelope, instructions, and a notification that he must either pay the fee or return the completed IFP application within twenty-eight days, or his action would be dismissed. *Id.*

　　　　On August 17, 2023, plaintiff filed with the Court an IFP application. Dkt. 7. However, his IFP application is *incomplete* because he did not file a copy of his prisoner trust account statement for the previous six months. Thus, plaintiff has failed to comply with the Clerk's notice by filing a *complete* IFP application or paying the full filing fee by the twenty-eight-day deadline, which has since passed.

　　　　Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Any motion to reopen must contain either the full filing fee or a complete IFP application.

//

//

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: November 1, 2023

ARACELI MARTÍNEZ-OLGUÍN
United States District Judge